IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TERRY LEE SNYDER,

      Appellant,

v.

    Case No.  5D22-360
    LT Case No. 05-2022-CF-012151-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed May 24, 2022

Appeal from the Circuit Court
for Brevard County,
Tesha Ballou, Judge.

Matthew J. Metz, Public Defender, and
Victoria Rose Cordero, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Robin A. Compton,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

    AFFIRMED.


COHEN, WALLIS and NARDELLA, JJ., concur.